**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DUISHONBEK YSKAKUULU,** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 26-909** |
| **JAMAL L. JAMISON, in his official** | : | |
| **Capacity as the Warden of the Philadelphia** | : | |
| **Federal Detention Center; MICHAEL T.** | : | |
| **ROSE, Acting Field Office Director of** | : | |
| **Enforcement and Removal Operations,** | : | |
| **Philadelphia Field Office, Immigration** | : | |
| **Customs and Enforcement,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 12th day of February, 2026, upon consideration of **DUISHONBEK YSKAKUULU's** Emergency Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.** It is further **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than February 15, 2026, file a response to the Petition and show cause why the Petition should not be granted.

2. Petitioner **DUISHONBEK YSKAKUULU** shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the Respondents at the following email addresses forthwith:

   - desiree.wilkins@usdoj.gov

- anthony.stjoseph@usdoj.gov

- susan.becker@usdoj.gov

- gregory.david@usdoj.gov

BY THE COURT:

_____
Hon. Mia R. Perez